# Court of Appeals
# of the State of Georgia

ATLANTA, January 28, 2026

*The Court of Appeals hereby passes the following order*

**A26I0112. COLLIERS INTERNATIONAL MANAGEMENT - ATLANTA, LLC v. HBUS GOSHEN, LLC.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2023RCCV00498



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta, January 28, 2026.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*